UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JEROME GRAY,

    **Plaintiff,**

                              Case Number 5:20-cv-183-JSM-PRL

v.

BONUS TRANSPORTATION, INC.,

    **Defendant.**

_____/

### Court Interrogatories to Plaintiff

The Plaintiff, Jerome Gray, responds to the Honorable Court's Interrogatories [D.E. 6].

**1. During what period of time were you employed by the Defendant(s)?**

Plaintiff was employed by Defendant from on or about February 18, 2020 to on or about April 15, 2020.

**2. Who was your immediate supervisor?**

Plaintiff's immediate supervisor was Frank Prouty.

**3. Did you have a regularly scheduled work period? If so, specify**

No.

**4. What was your title or position? Briefly describe your job duties**

Plaintiff was an over the road truck driver. He would pick up and drop off goods in Florida, Georgia, Maryland, North Carolina, South Carolina, Tennessee and Virginia. Plaintiff was based in Florida and paid in Florida.

5. **What was your regular rate of pay?**

Plaintiff was paid .35 cents per mile.

6. **Provide an accounting of your claim, including:**

   (a) **dates**

   February 18, 2020 to April 10, 2020

   (b) **regular hours worked**

   Defendant did not keep accurate time records regarding the number of hours that Plaintiff worked.

   (c) **over-time hours worked**

   Plaintiff is not entitled to overtime. See 29 U.S.C. § 213(b)(1).

   (d) **pay received versus pay claimed**

   The minimum wage is $8.56. See 29 U.S.C. § 218(a). Plaintiff was on duty for 24 hours or more during three or more days a week, so Defendant may only deduct up to 8 hours a day from Plaintiff's pay. See 29 C.F.R. § 785.22. Defendant paid Plaintiff once a week on Friday. Plaintiff estimates his unpaid minimum wages as follows. Discovery may reveal necessary adjustments to damages.

| Pay Date | Wages Paid | Hours | Hours x MW | MW Due |
|---|---|---|---|---|
| 2.28.20 | $700.70 | 96 | $821.76 | $121.06 |
| 3.13.20 | $801.05 | 96 | $821.76 | $20.71 |
| 3.20.20 | $623.30 | 96 | $821.76 | $198.46 |
| 4.3.20 | $799.75 | 96 | $821.76 | $22.01 |
| 4.10.20 | $523.85 | 96 | $821.76 | $297.91 |

   (e) **total amount claimed**

   Defendant owes Plaintiff $660.15 in unpaid minimum wages, $660.15 in liquidated damages, $10,208.91 in back pay for wrongful

termination (4.10.20 to 7.6.20 x $850.74 average weekly wage; this category continues to grow), $10,208.91 in liquidated damages for the back pay (continues to grow), $44,238.48 front pay (52 weeks x $850.74), attorneys' fees using a lodestar of $550.00 per hour, costs and prejudgment interest. 29 U.S.C. § 216(b)

**7. When did you (or our attorney) first complain to your employer about alleged violations of the FLSA?**

Plaintiff complained to Frank Prouty via text on April 9, 2020 and orally on April 10, 2020 that he was not getting paid even the minimum wage. It was not well received by Defendant. As a result of the complaint Plaintiff was not put on the schedule the following week and he was terminated on April 15, 2020.

**8. Was this complaint written or oral? (If a written complaint, please attach a copy).**

Plaintiff made his complaint by text on April 9, 2020 and orally in person to his supervisor Frank Prouty on April 10, 2020. The text messages are attached.

**9. What was your employer's response? (If a written response, please attach a copy).**

Defendant terminated Plaintiff in violation of 29 U.S.C. § 215(a)(3). Frank Prouty became upset at Plaintiff for requesting to be paid at least the minimum wage. He responded that Plaintiff might not have a job on Monday (he said this on Friday, April 10, 2020) and that he would talk to the boss about Plaintiff's complaint. True to his word on Monday Frank Prouty told Plaintiff via telephone that he was not on the schedule. Prouty told Plaintiff to call back the next day, which Plaintiff did and was told there was no work that day (Tuesday, 4.14.20) and to call again the next day (Wednesday). When Plaintiff called on Wednesday (4.15.20) Frank Prouty told Plaintiff that he was fired per the boss.

### Declaration pursuant to 28 U.S.C. § 1746

I declare under penalty of perjury that the foregoing is true and correct.

7/6/2020

Date: _____ Jerome Gray  *JEROME GRAY*
                                      —1FA9977A55E746E...

Respectfully submitted this __6th__ day of July 2020,

/s/ Bernard R. Mazaheri
Bernard R. Mazaheri
Florida Bar Number 643971
Mazaheri & Mazaheri
325 Shelby Street
Frankfort, Kentucky 40601
Tel – (502) 475-8201
Email – bernie@thelaborfirm.com

## Certificate of Service

I hereby certify that a true and accurate copy of the foregoing has been served on all counsel of record via CM/ECF on this __6th__ day of July 2020.

/s/ Bernard R. Mazaheri
Bernard R. Mazaheri





**Jerome Gray** 12:43 am
Which should be paid on 4/10/20 there were items on the pay stub that were missing and I was not paid for yet I really need this ASAP as you can imagine it is a difficult time.

**Jerome Gray** 12:48 am
Also I have been sitting in this truck for over 24 hours. I've done exactly what I

was told to do and at least think I should be owed layover pay which was discussed in my orientation if not some other compensation for being at "work" and on the job. At this point I don't believe I will be getting minimum wage or what is equal to for the time I am spending on the job, if that makes since. Please get back with me asap. This is really troubling for me.



Verizon LTE                8:18 AM
                          April 9
                         12:48 AM

**Jerome Gray** 12:42 am
I need to be compensated for the work I performed on the week of 3/31/20 to 4/7/20

**Jerome Gray** 12:43 am
Which should be paid on 4/10/20 there were items on the pay stub that were

missing and I was not paid for yet I really need this ASAP as you can imagine it is a difficult time.

**Jerome Gray** 12:48 am

Also I have been sitting in this truck for over 24 hours. I've done exactly what I was told to do and at least think I should be owed layover pay which was discussed in my orientation if not some other compensation for being at "work" and on the job. At this point I don't believe I will be getting minimum wage

.ıll Verizon LTE    8:18 AM

April 9
12:44 AM

Edit

Form 2 Arrived Shipper

**Order Number**: 0224290

**Comments**: (skipped)

**Location**: 71.8m SE of Augusta, GA and 0.8m N of Rincon, GA On State Rte 275 (Excellent GPS)

**Lat / Long**: 32.3373770713806

-81.25151 39579773 (Excellent GPS)

Today

**Jerome Gray** 12:42 am
I need to be compensated for the work I performed on the week of 3/31/20 to 4/7/20

**Jerome Gray** 12:43 am
Which should be paid on 4/10/20 there were items on the pay stub that were missing and I was not paid for yet I really need this ASAP as you can imagine it is a difficult time.



Verizon LTE    8:18 AM
April 9
12:39 AM
Edit

**!Dispatch** 4:26 pm
04/07 16:26 Jerome, We are missing your signed bills from the lakeland drop on load # 0223949? Could you send these in please? Michelle

**!Dispatch** 4:32 pm
04/07 16:32 Jerome, you would have loaded tonight or early tomorrow if you had left earlier than you did. No you will not be paid detention for this wait time…
sam

**Jerome Gray** 4:34 pm
You didn't give me an appointment time either? And I was not at the yard when I called you. I was at home.

**!Dispatch** 6:38 pm
Form 2 Arrived Shipper
Order Number: 0224290



Progress Dr. and loop left to the scale. When you arrive at Rincon for a load drop your trailer in the drop lot and park in the bob-tail lot until called. If you are

in the bob tail lot until called. If you are not planned on a load yet stay at the nearest truck stop.

**!Dispatch** 4:18 pm
that picks up tomorrow night? am I going to be compensated for sitting until Then?

**!Dispatch** 4:26 pm
04/07 16:26 Jerome, We are missing your signed bills from the lakeland drop on load # 0223949? Could you send these in please? Michelle

**!Dispatch** 4:32 pm
04/07 16:32 Jerome, you would have loaded tonight or early tomorrow if you

📶 Verizon LTE          8:17 AM
              April 9
              12:38 AM                    Edi

DEL: 04/09/2020 1032 -
DRVR UNLD: N: No driver loading or

unload
MILES: 337
REF # PGA04072020
Temp 20.0 TO 20.0

!Dispatch 4:15 pm
04/07 16:15 Directions pg. 1 WALWINFL Wal-Mart Winter Haven 5600 Hwy 544 North WINTER HAVEN FL 863-298-1044 If traveling south on I-75 take that to exit 329 ( Wildwood ) take 44 east to 27 south follow 27 south you will cross over I-4 you will come into Haines City once you pass the 17-92 ramp at the next light turn right go 2-3 miles they are on the right

!Dispatch 4:15 pm
04/07 16:15 Additional Info order





ramp at the next light turn right go 2-3 miles they are on the right

**!Dispatch** 4:15 pm
04/07 16:15 Additional Info order 0224290 pg. 1

> Stop: 1 - Lineage Logistics
> ZZ 20

**!Dispatch** 4:15 pm
04/07 16:15 Directions pg. 1
LINRINGA Lineage Logistics 101 Progress Drive RINCON GA 912-480-9434 I-95 to exit# 109. Go north on hwy 21 about 11 miles & turn right on Ebenezer Rd.(275), turn right on Progress Dr. and loop left to the scale. When you arrive at Rincon for a load drop your trailer in the drop lot and park

DocuSign Envelope ID: C814140A-8F30-4A31-B65B-E5DDFAC7989D

in the bob-tail lot until called. If you are