UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**JEROME GRAY,**

    **Plaintiff,**

                                            Case Number 5:20-cv-183-JSM-PRL

v.

**BONUS TRANSPORTATION, INC.,**

    **Defendant.**

_____/

**Notice of Settlement**

    The Plaintiff, Jerome Gray, notifies the Honorable Court pursuant to L.R. 3.08(a) that the parties have reached a settlement.

    Respectfully submitted this 31st day of August 2020,

                                            /s/ Bernard R. Mazaheri_____
                                            Bernard R. Mazaheri
                                            Florida Bar Number 643971
                                            Mazaheri & Mazaheri
                                            325 Shelby Street
                                            Frankfort, Kentucky 40601
                                            Tel – (502) 475-8201
                                            Email – bernie@thelaborfirm.com

**Certificate of Service**

    I hereby certify that a true and accurate copy of the foregoing has been served on all counsel of record via CM/ECF on this 31st day of August 2020.

                                            /s/ Bernard R. Mazaheri_____
                                            Bernard R. Mazaheri